UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

ARRIVALSTAR S.A. and MELVINO TECHNOLOGIES LIMITED,

Plaintiff,

v.

AGILITY LOGISTICS, INC., LOGISTICAL MANAGEMENT SOLUTIONS, LC., MATSON INTEGRATED LOGISTICS, INC,. MICROLISE ENGINEERING LIMITED, NEXXIO TECHNOLOGIES, LLC, TRAK-IT SOLUTIONS, INC., ULTRA LOGISITCS, INC., VERISIGN, LLC, WLG, LLC

Defendants.

Cause No.

COMPLAINT FOR PATENT INFRINGEMENT

DEMAND FOR JURY TRIAL

Plaintiffs ArrivalStar S.A. and Melvino Technologies Limited, by and through their undersigned attorneys, for their complaint against defendants Ultra Logistics, Inc., hereby allege as follows:

**NATURE OF LAWSUIT**

1. This action involves claims for patent infringement arising under the patent laws of the United States, Title 35 of the United States Code. This Court has exclusive jurisdiction over the subject matter of the Complaint under 28 U.S.C. § 1338(a).



**MANN LAW GROUP**
1218 Third Avenue, Suite 1809
Seattle, WA 98101
TELEPHONE: 206.436.0900

## THE PARTIES

2. ArrivalStar, S.A. is a corporation organized under the laws of Luxembourg, and having offices at 67 Rue Michel, Welter L-2730, Luxembourg.

3. Melvino Technologies Limited is a corporation organized under the laws of the British Virgin Island of Tortola, having a principal place of business at P.O. Box 3152, RG Hodge Building, Road Town, Tortola, British Virgin Islands.

4. ArrivalStar owns all right, title and interest in, and has standing to sue for infringement of United States Patent No. 6,952,645 ("the 645 patent"), entitled "System and method for activation of an advance notification system for monitoring and reporting status of vehicle travel," issued October 4, 2005. A copy of the "645" patent is attached hereto as Exhibit A.

5. ArrivalStar owns all right, title and interest in, and has standing to sue for infringement of United States Patent No. 5,657,010 ("the 010 patent"), entitled "Advance notification system and method utilizing vehicle progress report generator," issued August 12, 1997. A copy of the "010" patent is attached hereto as Exhibit B.

6. ArrivalStar owns all right, title and interest in, and has standing to sue for infringement of United States Patent No. 7,030,781 ("the 781 patent"), entitled "Notification system and method that informs a party of vehicle delay," issued April 18, 2006. A copy of the "781" patent is attached hereto as Exhibit C.

7. ArrivalStar owns all right, title and interest in, and has standing to sue for infringement of United States Patent No. 6,317,060 ("the 060 patent"), entitled "Base station system and method for monitoring travel of mobile vehicles and communicating notification messages," issued November 13, 2001. A copy of the "060" patent is attached hereto as Exhibit D.



**MANN LAW GROUP**
1218 Third Avenue, Suite 1809
Seattle, WA 98101
TELEPHONE: 206.436.090

8. ArrivalStar owns all right, title and interest in, and has standing to sue for infringement of United States Patent No. 6,411,891 ("the 891 patent"), entitled "Advance notification system and method utilizing user-definable notification time periods," issued June 25, 2002. A copy of the "891" patent is attached hereto as Exhibit E.

9. ArrivalStar owns all right, title and interest in, and has standing to sue for infringement of United States Patent No. 6,714,859 ("the 859 patent"), entitled "Base station system and method for monitoring travel of mobile vehicles and communicating notification messages," issued November 13, 2001. A copy of the "859" patent is attached hereto as Exhibit F.

10. ArrivalStar owns all right, title and interest in, and has standing to sue for infringement of United States Patent No. 7,400,970 ("the 970 patent"), entitled "System and method for an advance notification system for monitoring and reporting proximity of a vehicle," issued November 13, 2001. A copy of the "970" patent is attached hereto as Exhibit G.

11. Upon information and belief, Defendant Ultra Logistics, Inc., ("Ultra" or "Defendants") is a New Jersey corporation with a place of business at 475 Market Street, Elmwood Park, New Jersey 07407. Ultra transacts business and has at a minimum, offered to provide and/or provided to customers in this judicial district and throughout the State of Washington services that infringe claims of the '645,'010, '781, '060, '859, '891 and '970 patents.

12. Upon information and belief, Defendant Agility Logistics, Inc., ("Agility" or "Defendants") is a Delaware corporation with a place of business at 23206 66th Avenue South Kent, Washington, 98032. Agility transacts business and has at a minimum,



**MANN LAW GROUP**
1218 Third Avenue, Suite 1809
Seattle, WA 98101
TELEPHONE: 206.436.090

offered to provide and/or provided to customers in this judicial district and throughout the State of Washington services that infringe claims of the ‘645,’010, ‘781, ‘060, ‘859, '891 and ‘970 patents.

13. Upon information and belief, Defendant Nexxio Technologies, LLC, (“Nexxio” or “Defendants”) is a Texas corporation with a place of business at 2000 N Central Expy. Suite 113, Plano, Texas, 75074. Nexxio transacts business and has at a minimum, offered to provide and/or provided to customers in this judicial district and throughout the State of Washington services that infringe claims of the ‘645,’010, ‘781, ‘060, ‘859, '891 and ‘970 patents.

14. Upon information and belief, Defendant WLG, LLC, (“WLG” or “Defendants”) is an Illinois corporation with a place of business at 920 E. Algonquin Rd., Ste. 120, Schaumburg, Illinois, 60173-4163. WLG transacts business and has at a minimum, offered to provide and/or provided to customers in this judicial district and throughout the State of Washington services that infringe claims of the ‘645,’010, ‘781, ‘060, ‘859, '891 and ‘970 patents.

15. Upon information and belief, Defendant Verisign, Inc, (“Verisign” or “Defendants”) is a Delaware corporation with a place of business at 487 E. Middlefield Rd., Mountain View, California, 94043-4047. Verisign transacts business and has at a minimum, offered to provide and/or provided to customers in this judicial district and throughout the State of Washington services that infringe claims of the ‘645,’010, ‘781, ‘060, ‘859, '891 and ‘970 patents.

16. Upon information and belief, Defendant Microlise Engineering Limited, (“Microlise” or “Defendants”) is a Georgia corporation with a place of business at



**MANN LAW GROUP**
1218 Third Avenue, Suite 1809
Seattle, WA 98101
TELEPHONE: 206.436.090

12600 Deerfield Pkwy, Suite 100, Alpharetta, Georgia, 30004. Microlise transacts business and has at a minimum, offered to provide and/or provided to customers in this judicial district and throughout the State of Washington services that infringe claims of the ‘645,’010, ‘781, ‘060, ‘859, '891 and ‘970 patents.

17. Upon information and belief, Defendant Trak-It Solutions, Inc, (“Trak-It” or “Defendants”) is an Arizona corporation with a place of business at 7523 W. Crimson Sky Drive, Tucson, Arizona, 85743. Trak-It transacts business and has at a minimum, offered to provide and/or provided to customers in this judicial district and throughout the State of Washington services that infringe claims of the ‘645,’010, ‘781, ‘060, ‘859, '891 and ‘970 patents.

18. Upon information and belief, Logistical Management Solutions, LC, (“LMS” or “Defendants”) is a Missouri corporation with a place of business at 1 CityPlace, Suite 415, St. Louis, Missouri, 63141. LMS transacts business and has at a minimum, offered to provide and/or provided to customers in this judicial district and throughout the State of Washington services that infringe claims of the ‘645,’010, ‘781, ‘060, ‘859, '891 and ‘970 patents.

19. Upon information and belief, Defendant Matson Integrated Logistics, Inc. (“Matson” or “Defendants”) is a California corporation with a place of business at Terminal 18, 2715 11th Avenue, Seattle, Washington 98134. Matson transacts business and has at a minimum, offered to provide and/or provided to customers in this judicial district and throughout the State of Washington services that infringe claims of the ‘645,’010, ‘781, ‘060, ‘859, '891 and ‘970 patents.



**MANN LAW GROUP**
1218 Third Avenue, Suite 1809
Seattle, WA 98101
TELEPHONE: 206.436.090

**JURISDICTION AND VENUE**

20. This Court has exclusive jurisdiction over the subject matter of the Complaint under 28 U.S.C. §§ 1338(a). Personal Jurisdiction over the defendants is proper in this Court. Venue in this judicial district is proper under 28 U.S.C. §§ 1391(b), (c) and/or 1400(b).

**DEFENDANT ULTRA LOGISTICS' ACTS OF PATENT INFRINGEMENT**

21. Ultra Logistics, Inc., has infringed claims of the '010, '859, '060, '891, '645, '781 and the '970 patents through, among other activities, the use of its UltraShipTMS™ service, which, upon information and belief, is a shipment and tracking and status system. Ultra has also infringed the '010, '859, 060, '891, '645, '781 and the '970 patents by knowingly and actively inducing others to infringe, and by contributing to the infringement by others of such patents.

22. Ultra's infringement, contributory infringement, and inducement to infringe has been willful and deliberate and has injured and will continue to injure ArrivalStar, unless and until this Court enters an injunction prohibiting further infringement and, specifically, enjoining further use of methods and systems that come within the scope of the ArrivalStar patents.

**DEFENDANT AGILITY LOGISTICS' ACTS OF PATENT INFRINGEMENT**

23. Agility Logistics, Inc. has infringed claims of the '010, '859, '060, '891, '645, '781 and the '970 patents through, among other activities, the use of its "Logistics Tools" service, which, upon information and belief, is a shipment and tracking and status system. Agility has also infringed the '010, '859, 060, '891, '645, '781 and the '970 patents



**MANN LAW GROUP**
1218 Third Avenue, Suite 1809
Seattle, WA 98101
TELEPHONE: 206.436.090

by knowingly and actively inducing others to infringe, and by contributing to the infringement by others of such patents.

24. Agility's infringement, contributory infringement, and inducement to infringe has been willful and deliberate and has injured and will continue to injure ArrivalStar, unless and until this Court enters an injunction prohibiting further infringement and, specifically, enjoining further use of methods and systems that come within the scope of the ArrivalStar patents.

**DEFENDANT NEXXIO TECHNOLOGIES' ACTS OF PATENT INFRINGEMENT**

25. Nexxio has infringed claims of the '010, '859, '060, '891, '645, '781 and the '970 patents through, among other activities, the use of its "Supply Chain Visibility" service, which, upon information and belief, is a shipment and tracking and status system. Nexxio has also infringed the '010, '859, 060, '891, '645, '781 and the '970 patents by knowingly and actively inducing others to infringe, and by contributing to the infringement by others of such patents.

26. Nexxio's infringement, contributory infringement, and inducement to infringe has been willful and deliberate and has injured and will continue to injure ArrivalStar, unless and until this Court enters an injunction prohibiting further infringement and, specifically, enjoining further use of methods and systems that come within the scope of the ArrivalStar patents.

**DEFENDANT WLG'S ACTS OF PATENT INFRINGEMENT**

27. WLG has infringed claims of the '010, '859, '060, '891, '645, '781 and the '970 patents through, among other activities, the use of its "Internet Tracking System" service, which, upon information and belief, is a shipment and tracking and status system.



**MANN LAW GROUP**
1218 Third Avenue, Suite 1809
Seattle, WA 98101
TELEPHONE: 206.436.090

WLG has also infringed the ‘010, ‘859, 060, ‘891, ‘645, ‘781 and the ‘970 patents by knowingly and actively inducing others to infringe, and by contributing to the infringement by others of such patents.

28. WLG’s infringement, contributory infringement, and inducement to infringe has been willful and deliberate and has injured and will continue to injure ArrivalStar, unless and until this Court enters an injunction prohibiting further infringement and, specifically, enjoining further use of methods and systems that come within the scope of the ArrivalStar patents.

**DEFENDANT VERISIGN’S ACTS OF PATENT INFRINGEMENT**

29. Verisign has infringed claims of the ‘010, ‘859, ‘060, ‘891, ‘645, ‘781 and the ‘970 patents through, among other activities, the use of its “Shipping & Logistics” service, which, upon information and belief, is a shipment and tracking and status system. Verisign has also infringed the ‘010, ‘859, 060, ‘891, ‘645, ‘781 and the ‘970 patents by knowingly and actively inducing others to infringe, and by contributing to the infringement by others of such patents.

30. Verisign’s infringement, contributory infringement, and inducement to infringe has been willful and deliberate and has injured and will continue to injure ArrivalStar, unless and until this Court enters an injunction prohibiting further infringement and, specifically, enjoining further use of methods and systems that come within the scope of the ArrivalStar patents.

**DEFENDANT MICROLISE ENGINEERING LIMITED’S ACTS OF PATENT INFRINGEMENT**

31. Microlise has infringed claims of the ‘010, ‘859, ‘060, ‘891, ‘645, ‘781 and the ‘970 patents through, among other activities, the use of its “Supply Chain and



MANN LAW GROUP
1218 Third Avenue, Suite 1809
Seattle, WA 98101
TELEPHONE: 206.436.090

Logistics" service, which, upon information and belief, is a shipment and tracking and status system. Microlise has also infringed the '010, '859, 060, '891, '645, '781 and the '970 patents by knowingly and actively inducing others to infringe, and by contributing to the infringement by others of such patents.

32. Microlise's infringement, contributory infringement, and inducement to infringe has been willful and deliberate and has injured and will continue to injure ArrivalStar, unless and until this Court enters an injunction prohibiting further infringement and, specifically, enjoining further use of methods and systems that come within the scope of the ArrivalStar patents.

**DEFENDANT TRAK-IT SOLUTION'S ACTS OF PATENT INFRINGEMENT**

33. Trak-It Solutions, Inc., has infringed claims of the '010, '859, '060, '891, '645, '781 and the '970 patents through, among other activities, the use of its "Shipment Tracking, Configurable Checkpoints, Corporate Tracking, SMS Alerts, Information Checkpoints" service, which, upon information and belief, is a shipment and tracking and status system. Trak-It has also infringed the '010, '859, 060, '891, '645, '781 and the '970 patents by knowingly and actively inducing others to infringe, and by contributing to the infringement by others of such patents.

34. Trak-It's infringement, contributory infringement, and inducement to infringe has been willful and deliberate and has injured and will continue to injure ArrivalStar, unless and until this Court enters an injunction prohibiting further infringement and, specifically, enjoining further use of methods and systems that come within the scope of the ArrivalStar patents.

**DEFENDANT LOGISTICAL MANAGEMENT SOLUTIONS' ACTS OF PATENT INFRINGEMENT**



MANN LAW GROUP
1218 Third Avenue, Suite 1809
Seattle, WA 98101
TELEPHONE: 206.436.090

35. Logistical Management Solutions, LC has infringed claims of the '010, '859, '060, '891, '645, '781 and the '970 patents through, among other activities, the use of its "Proprietary Transportation Management System" service, which, upon information and belief, is a shipment and tracking and status system. LMS has also infringed the '010, '859, 060, '891, '645, '781 and the '970 patents by knowingly and actively inducing others to infringe, and by contributing to the infringement by others of such patents.

36. LMS' infringement, contributory infringement, and inducement to infringe has been willful and deliberate and has injured and will continue to injure ArrivalStar, unless and until this Court enters an injunction prohibiting further infringement and, specifically, enjoining further use of methods and systems that come within the scope of the ArrivalStar patents.

**DEFENDANT MATSON INTEGRATED LOGISTICS' ACTS OF PATENT INFRINGEMENT**

37. Matson Integrated Logistics has infringed claims of the '010, '859, '060, '891, '645, '781 and the '970 patents through, among other activities, the use of its "FaxTrack"service, which, upon information and belief, is a shipment and tracking and status system. Matson has also infringed the '010, '859, 060, '891, '645, '781 and the '970 patents by knowingly and actively inducing others to infringe, and by contributing to the infringement by others of such patents.

38. Matson's infringement, contributory infringement, and inducement to infringe has been willful and deliberate and has injured and will continue to injure ArrivalStar, unless and until this Court enters an injunction prohibiting further infringement



**MANN LAW GROUP**
1218 Third Avenue, Suite 1809
Seattle, WA 98101
TELEPHONE: 206.436.090

and, specifically, enjoining further use of methods and systems that come within the scope of the ArrivalStar patents.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs ask this Court to enter judgment against defendants and against their subsidiaries, affiliates, agents, servants, employees and all persons in active concert or participation with them, granting the following relief:

A. An award of damages adequate to compensate Plaintiffs for the infringement that has occurred, together with prejudgment interest from the date infringement of the Subject Patents began;

B. Increased damages as permitted under 35 U.S.C. § 284;

C. A finding that this case is exceptional and an award to Plaintiffs of their attorneys' fees and costs as provided by 35 U.S.C. § 284;

D. A permanent injunction prohibiting further infringement, inducement and contributory infringement of the '563 Patent; and,

E. Such other and further relief as this Court or a jury may deem proper and just.

**JURY DEMAND**

ArrivalStar demands a trial by jury on all issues presented in this Complaint.

Dated this_______ day of July, 2010.

Respectfully submitted,

*/Philip P. Mann/*

______________________________

Philip P. Mann, WSBA No: 28860
MANN LAW GROUP
Seattle Tower

1218 Third Avenue, Suite 1809
Seattle, Washington 98101
(206) 436-0900
Fax (866) 341-5140
phil@mannlawgroup.com

John Whitaker, WSBA No. 28868
WHITAKER LAW GROUP
Seattle Tower
1218 Third Avenue, Suite 1809
Seattle, Washington 98101
(206) 436-8500
johnl@wlawgrp.com

Attorneys for Plaintiff ArrivalStar.