IN THE
UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASH. AT SEATTLE

| | |
|---|---|
| **ARRIVALSTAR S.A. AND MELVINO TECHNOLOGIES LIMITED,**<br><br>Plaintiff/Petitioner<br><br>vs.<br>**AGILITY LOGISTICS, INC., ET AL.**<br><br>Defendant/Respondent | Hearing Date:<br><br>CAUSE NO: **2:10-cv-01249-RSL**<br><br>DECLARATION OF SERVICE OF:<br>**SUMMONS IN A CIVIL ACTION; COMPLAINT FOR PATENT INFRINGEMENT - DEMAND FOR JURY TRIAL; REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK; CIVIL COVER SHEET** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **24th day of August, 2010**, at **11:47 AM**, at the address of **920 E ALGONQUIN Road SUITE 120, SCHAUMBURG, Cook** County, **IL 60173-4163**; this declarant served the above described documents upon **WLG, LLC**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **TINA ZABIELSKI, VICE PRESIDENT OF PRICING, A white female approx. 40-45 years of age 5'4"-5'6" in height weighing 120-140 lbs with brown hair.**

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Service Fee Total: **$95.00**

Declarant hereby states under penalty of perjury under the laws of the State of **Washington** that the statement above is true and correct.

DATED this **24th** day of **August, 2010**.

_signature_
**Robert D Fairbanks, Reg. # 117-001119, IL**

FOR: **Philip Mann**
REF: **6960**

ORIGINAL PROC
SERVICE

**10-CV-01249-DSGNTN**