The Honorable Robert S. Lasnik

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARRIVALSTAR S.A. and MELVINO TECHNOLOGIES LIMITED,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>AGILITY LOGISTICS, INC., LOGISTICAL MANAGEMENT SOLUTIONS, LC., MATSON INTEGRATED LOGISTICS, INC., MICROLISE ENGINEERING LIMITED, NEXXIO TECHNOLOGIES, LLC, TRAK-IT SOLUTIONS, INC., ULTRA LOGISTICS, INC., VERISIGN, LLC, WLG, LLC,<br><br>　　　　Defendants. | Civil Action No. 2:10-cv-01249-RSL<br><br>NOTICE OF UNAVAILABILITY |

**PLEASE TAKE NOTICE** that Paul H. Beattie, attorney for Defendant WLG, LLC, will be in hearings, depositions, and/or trial and unavailable for motions, hearings, or any other issues requiring a response between the dates of September 9, 2010, through September 17, 2010.  Please do not schedule, file, or serve anything requiring a response or attention during this time period.

**NOTICE OF UNAVAILABILITY - 1**
**No. 2:10-cv-01249-RSL**

Merchant & Gould P.C.
701 Fifth Avenue, Suite 4100
Seattle, WA  98104
Telephone: (206) 342-6200

1

2 Dated this 9th day of September, 2010

3                                             Respectfully submitted,

4

5                                             *s/*Paul H. Beattie

6                                             Paul H. Beattie, WSBA # 30277
                                            **Merchant & Gould P.C.**

7                                             701 Fifth Avenue, Suite 4100
                                            Seattle, Washington  98104

8                                             Tel:  (206) 342-6200
                                            Fax:  (206) 342-6201

9                                             E-mail:  pbeattie@merchantgould.com

10                                           *Attorneys for Defendant WLG, LLC*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27 NOTICE OF UNAVAILABILITY - 2                                               Merchant & Gould P.C.
No. 2:10-cv-01249-RSL                                     701 Fifth Avenue, Suite 4100
                                                                      Seattle, WA  98104
                                                                       Telephone: (206) 342-6200

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of September, 2010, I caused to be served the foregoing **NOTICE OF UNAVAILABILITY** on the following persons at the following address by the indicated method:

| | |
|---|---|
| John E. Whitaker<br>**WHITAKER LAW GROUP**<br>Seattle Tower<br>1218 Third Avenue, Suite 1809<br>Seattle, WA  98101<br>Tel:  (206) 436-8500<br>Email:  docket@wlawgrp.com<br>*Attorney for Plaintiff* | Philip P. Mann<br>**MANN LAW GROUP**<br>Seattle Tower<br>1218 Third Avenue, Suite 1809<br>Seattle, WA  98101<br>Tel:  (206) 436-0900<br>Email:  phil@mannlawgroup.com<br>*Attorney for Plaintiff* |

by:

☐ U.S. Postal Service, ordinary first class mail
☐ U.S. Postal Service, certified or registered mail, return receipt requested
☐ hand delivery to:
☐ facsimile
☒ electronic service through the CM/ECF court system
☐ other (specify)

                                                    s/Michelle Crosslin
                                                  Michelle Crosslin

**NOTICE OF UNAVAILABILITY - 3**
**No. 2:10-cv-01249-RSL**

Merchant & Gould P.C.
701 Fifth Avenue, Suite 4100
Seattle, WA  98104
Telephone: (206) 342-6200