IN THE
UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASH. AT SEATTLE

| | |
|---|---|
| ARRIVALSTAR S.A. AND MELVINO TECHNOLOGIES LIMITED,<br><br>Plaintiff/Petitioner<br><br>vs.<br>AGILITY LOGISTICS, INC., ET AL.<br><br>Defendant/Respondent | Hearing Date:<br><br>CAUSE NO: **2:10-CV-01249-RSL**<br><br>DECLARATION OF SERVICE OF:<br>**SUMMONS IN A CIVIL ACTION; COMPLAINT FOR PATENT INFRINGEMENT DEMAND FOR JURY TRIAL; CIVIL COVER SHEET; REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **8th day of September, 2010**, at **3:00 PM**, at the address of **240 COMMERCE, IRVINE, Orange** County, **CA 92602**; this declarant served the above described documents upon **AGILITY LOGISTICS, INC.**, by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with **CARYN LEWIS-BUGG, AUTHORIZED TO ACCEPT, A black female approx. 45-55 years of age 5'6"-5'8" in height weighing 140-160 lbs with black hair.**

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Service Fee Total: **$115.00**

Declarant hereby states under penalty of perjury under the laws of the State of **Washington** that the statement above is true and correct.

DATED this **9th** day of **September, 2010**.

_____
Leah Coffman, Reg. # PSC-2431, Orange County, CA

FOR: Phillp Mann
REF: 6960

ORIGINAL PROOF
SERVICE

10-CV-01249-STIP

```
_____FILED    _____ENTERED
_____LODGED   _____RECEIVED
         SEP 1 0 2010   DJ
            AT SEATTLE
       CLERK U.S. DISTRICT COURT
    WESTERN DISTRICT OF WASHINGTON
```

IN THE
UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASH. AT SEATTLE

| ARRIVALSTAR S.A. AND MELVINO TECHNOLOGIES LIMITED,<br><br>Plaintiff/Petitioner<br><br>vs.<br>AGILITY LOGISTICS, INC., ET AL.<br><br>Defendant/Respondent | Hearing Date:<br><br>CAUSE NO: **2:10-CV-01249-RSL**<br><br>DECLARATION OF SERVICE OF:<br>**SUMMONS IN A CIVIL ACTION; COMPLAINT FOR PATENT INFRINGEMENT DEMAND FOR JURY TRIAL; CIVIL COVER SHEET; REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK** |
|---|---|

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **3rd day of September, 2010**, at **10:25 AM**, at the address of **808 S COLLEGE Street STE 112, MCKINNEY, Collin** County, **TX 75069-5518**; this declarant served the above described documents upon **NEXXIO TECHNOLOGIES, LLC**, by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with **David Vannoy, REGISTERED AGENT**.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Service Fee Total: **$75.00**

Declarant hereby states under penalty of perjury under the laws of the State of **Washington** that the statement above is true and correct.

DATED this **3rd day of September, 2010**.

Lloyd Moore, Reg. # SCH901, TX

FOR: **Philip Mann**    ORIGINAL PROOF OF    Tracking #: **6358310 SEA FIL**