UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ARRIVALSTAR S.A. and MELVINO TECHNOLOGIES LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>AGILITY LOGISTICS, INC., LOGISTICAL MANAGEMENT SOLUTIONS, LC., MATSON INTEGRATED LOGISTICS, INC,. MICROLISE ENGINEERING LIMITED, NEXXIO TECHNOLOGIES, LLC, TRAK-IT SOLUTIONS, INC., ULTRA LOGISITCS, INC., VERISIGN, LLC, WLG, LLC<br><br>Defendants. | Cause No. 10-cv-01249-RSL<br><br>JOINT MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT MATSON INTEGRATED LOGISTICS, INC. |

## **JOINT MOTION FOR VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the terms of a separate Settlement, Release and License Agreement, Plaintiffs ArrivalStar S.A. and Melvino Technologies Limited ("PLAINTIFFS") and Defendant Matson Integrated Logistics, Inc., ("MATSON") have agreed to settle, adjust, and compromise all claims and counterclaims against each other in the above-captioned action. The parties, therefore, move this Court to dismiss all claims by PLAINTIFFS against MATSON and all counterclaims made, or that

could have been made, by MATSON against PLAINTIFFS therein with prejudice to the re-filing of same.

PLAINTIFFS and MATSON further move the Court to order that all costs and expenses relating to this litigation (including attorney and expert fees and expenses) shall be borne solely by the party incurring same.

A proposed order accompanies this motion.

Dated this 21st day of September, 2010.

AGREED:

s/Philip P. Mann,
Philip P. Mann, WSBA # 28860
**MANN LAW GROUP**
1201 Third Avenue, Suite 1809
Seattle, WA 98101

COUNSEL FOR ARRIVALSTAR S.A. AND MELVINO TECHNOLOGIES, LIMITED

s/Mark T. McMaster
Mark T. McMaster, WSBA # 38861
**TOWNSEND & TOWNSEND & CREW LLP**
1420 Fifth Avenue, Suite 4400
Seattle, WA 98101-2325

Julie Han
**TOWNSEND & TOWNSEND & CREW LLP**
379 Lytton Avenue
Palo Alto, CA 94301


COUNSEL FOR MATSON INTEGRATED LOGISTICS, INC.

# CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of September, 2010, I served the foregoing via email on Defendants' Counsel as follows:

| | |
|---|---|
| Mark T. McMaster<br>TOWNSEND & TOWNSEND & CREW LLP<br>1420 Fifth Avenue, Suite 4400<br>Seattle, WA  98101-2325<br>mtmcmaster@townsend.com | [ ] By United State Mail<br>[ ] By Legal Messenger<br>**[X]  By Electronic CM/ECF**<br>[ ] By Overnight Express Mail<br>[ ] By Facsimile<br>[ ] By Email (by agreement of counsel) |
| Julie Han<br>TOWNSEND & TOWNSEND & CREW LLP<br>379 Lytton Avenue<br>Palo Alto, CA  94301<br>jjhan@townsend.com | [ ] By United State Mail<br>[ ] By Legal Messenger<br>**[X]  By Electronic CM/ECF**<br>[ ] By Overnight Express Mail<br>[ ] By Facsimile<br>[ ] By Email (by agreement of counsel) |

Executed on September 21, 2010.

/s/ Anne K. Smith

VOLUNTARY DISMISSAL (MATSON) - 3

MANN LAW GROUP
1218 Third Avenue, Suite 1809
Seattle, WA  98101
TELEPHONE:  206.436.0900