UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ARRIVALSTAR S.A. and MELVINO TECHNOLOGIES LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>AGILITY LOGISTICS, INC., LOGISTICAL MANAGEMENT SOLUTIONS, LC., MATSON INTEGRATED LOGISTICS, INC,. MICROLISE ENGINEERING LIMITED, NEXXIO TECHNOLOGIES, LLC, TRAK-IT SOLUTIONS, INC., ULTRA LOGISITCS, INC., VERISIGN, LLC, WLG, LLC<br><br>Defendants. | Cause No. 10-cv-01249-RSL<br><br>MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT AGILITY LOGISTICS, INC. |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the terms of a separate Settlement, Release, and License Agreement, Plaintiffs ArrivalStar S.A. and Melvino Technologies Limited ("PLAINTIFFS"). and Defendant Agility Logistics Corp. (identified in the caption as "Agility Logistics Inc." and referred to hereinafter as "AGILITY") have agreed to settle, adjust, and compromise all claims and counterclaims against each other in the above-captioned action.  PLAINTIFFS, therefore, hereby voluntarily dismiss all claims by

1  PLAINTIFFS against AGILITY **with prejudice** to the re-filing of same, with each party to

2  bear their own attorneys fees and costs.

3   A proposed order accompanies this motion.

4   Dated this 28th day of December, 2010.

5

6

7                                            Respectfully submitted,

8

9                                            /Philip P. Mann/

10                                           Philip P. Mann, WSBA No: 28860
                                             MANN LAW GROUP
11                                           Seattle Tower
                                             1218 Third Avenue, Suite 1809
12                                           Seattle, Washington  98101
                                             (206) 436-0900
13                                           Fax (866) 341-5140
14                                           phil@mannlawgroup.com

15

16                                           John Whitaker, WSBA No. 28868
                                             WHITAKER LAW GROUP
17                                           Seattle Tower
                                             1218 Third Avenue, Suite 1809
18                                           Seattle, Washington  98101
                                             (206) 436-8500
19                                           john@wlawgrp.com
20

21

22                                           Attorneys for Plaintiffs

23

24

25

26

27

1

**CERTIFICATE OF SERVICE**

2

3

I, Anne Smith, hereby certify that on December 28, 2010, I caused the foregoing

4

**Notice of Voluntary Dismissal** to be served on all counsel who have appeared in this matter.

5

6

DATED:  December 28, 2010.

7

8

                                                        s/*Anne Smith*

9

Anne Smith

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27