Hon. Robert S. Lasnik

**10-CV-01249-DISCL**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARRIVALSTAR S.A. and MELVINO TECHNOLOGIES LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>AGILITY LOGISTICS, INC., LOGISTICAL MANAGEMENT SOLUTIONS, LC., MATSON INTEGRATED LOGISTICS, INC., MICROLISE ENGINEERING LIMITED, NEXXIO TECHNOLOGIES, LLC, TRAK-IT SOLUTIONS, INC., ULTRA LOGISTICS, INC., VERISIGN, LLC, WLG, LLC,<br><br>Defendants. | No. 2:10-CV-01249-RSL<br><br>ORDER ON STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT VERISIGN, LLC<br><br>~~PROPOSED~~<br><br>**CLERK'S ACTION REQUIRED** |

Pending before the Court is the parties' Stipulation of Dismissal Without Prejudice as to Defendant Verisign, LLC [Dkt. 24]. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs ArrivalStar S.A. and Melvino Technologies Limited ("Plaintiffs"), and Defendant VeriSign, LLC ("VeriSign"), by and through their undersigned counsel of record, hereby stipulate to dismissal of their claims and counterclaims against one another in this matter, without prejudice and without an award of costs to either party.

The Court has reviewed the Stipulation of the parties and being fully advised in this matter, now, therefore,

ORDER ON STIPULATION OF DISMISSAL W/O
PREJUDICE AS TO DEF. VERISIGN, LLC
(No. 2:10-cv-01249-RSL)– Page 1

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

1   HEREBY ORDERS that defendant Verisign, LLC is HEREBY DISMISSED
2   without prejudice and without an award of costs to either party.
3   DATED THIS 18th day of ~~December, 2010.~~ January, 2011.

*/s/ Robert S. Lasnik*
Honorable Robert S. Lasnik
United States District Court Judge

Presented by:

McNAUL EBEL NAWROT & HELGREN PLLC

By: s/Robert M. Sulkin
    Robert M. Sulkin, WSBA No. 15425

600 University Street, Suite 2700
Seattle, Washington 98101
Telephone (206) 467-1816
rsulkin@mcnaul.com

– and –

DICKSTEIN SHAPIRO LLP

By: s/James R. Murray
    James R. Murray, WSBA No. 25263

1825 Eye Street N.W.
Washington, DC 20006-5403
Telephone (202) 420-3409
murrayj@dicksteinshapiro.com

OF COUNSEL:
Frank C. Cimino, Jr. and Matthew B. Weinstein
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, DC 20006-5403
Telephone (202) 420-2200
ciminof@dicksteinshapiro.com
weinsteinm@dicksteinshapiro.com

Attorneys for Defendant VeriSign, LLC

ORDER ON STIPULATION OF DISMISSAL W/O
PREJUDICE AS TO DEF. VERISIGN, LLC
(No. 2:10-cv-01249-RSL)– Page 2

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

| | |
|---|---|
| 1 | MANN LAW GROUP |
| 2 | By: s/Philip P. Mann |
| | Philip P. Mann, WSBA No. 28860 |
| 3 | |
| 4 | Seattle Tower |
| | 1218 Third Avenue, Suite 1809 |
| | Seattle, Washington 98101 |
| 5 | (206) 436-0900 |
| | Fax (866) 341-5140 |
| 6 | phil@mannlawgroup.com |
| 7 | John Whitaker, WSBA No. 28868 |
| | WHITAKER LAW GROUP |
| 8 | Seattle Tower |
| 9 | 1218 Third Avenue, Suite 1809 |
| | Seattle, Washington 98101 |
| 10 | (206) 436-8500 |
| | john@wlawgrp.com |
| 11 | |
| 12 | Attorneys for Plaintiffs |

ORDER ON STIPULATION OF DISMISSAL W/O
PREJUDICE AS TO DEF. VERISIGN, LLC
(No. 2:10-cv-01249-RSL)– Page 3

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816