HON. ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ARRIVALSTAR S.A. and MELVINO TECHNOLOGIES LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>AGILITY LOGISTICS, INC., LOGISTICAL MANAGEMENT SOLUTIONS, LC., MATSON INTEGRATED LOGISTICS, INC,. MICROLISE ENGINEERING LIMITED, NEXXIO TECHNOLOGIES, LLC, TRAK-IT SOLUTIONS, INC., ULTRA LOGISITCS, INC., VERISIGN, LLC, WLG, LLC<br><br>Defendants. | Cause No. 10-cv-01249-RSL<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT ULTRA LOGISTICS, INC. |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs ArrivalStar S.A. and Melvino Technologies Limited ("PLAINTIFFS") hereby dismiss, without prejudice, their claim against Defendant Ultra Logistics, Inc. in the above-captioned action.

VOLUNTARY DISMISSAL (ULTRA LOGISTICS) - 1

**MANN LAW GROUP**
1218 Third Avenue, Suite 1809
Seattle, WA  98101
TELEPHONE:  206.436.0900

1
2      Dated this 2nd day of February, 2011.
3
                                                Respectfully submitted,
4
5
                                                /Philip P. Mann/
6
7                                               Philip P. Mann, WSBA No: 28860
                                                MANN LAW GROUP
8                                               Seattle Tower
                                                1218 Third Avenue, Suite 1809
9                                               Seattle, Washington  98101
10                                              (206) 436-0900
                                                Fax (866) 341-5140
11                                              phil@mannlawgroup.com
12
13
                                                John Whitaker, WSBA No. 28868
14                                              WHITAKER LAW GROUP
                                                Seattle Tower
15                                              1218 Third Avenue, Suite 1809
                                                Seattle, Washington  98101
16                                              (206) 436-8500
                                                john@wlawgrp.com
17
18
19                                              Attorneys for Plaintiffs
20
21
22
23
24
25
26
27

VOLUNTARY DISMISSAL (ULTRA
LOGISTICS) - 2

**MANN LAW GROUP**
1218 Third Avenue, Suite 1809
Seattle, WA  98101
TELEPHONE:  206.436.0900

**CERTIFICATE OF SERVICE**

I, Anne Smith, hereby certify that on February 2, 2011, I caused the foregoing **Notice of Voluntary Dismissal** to be served on all counsel who have appeared in this matter.

DATED: February 2, 2011

        s/*Anne Smith*
        Anne Smith