UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ARRIVALSTAR S.A. and MELVINO TECHNOLOGIES LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>AGILITY LOGISTICS, INC., LOGISTICAL MANAGEMENT SOLUTIONS, LC., MATSON INTEGRATED LOGISTICS, INC,. MICROLISE ENGINEERING LIMITED, NEXXIO TECHNOLOGIES, LLC, TRAK-IT SOLUTIONS, INC., ULTRA LOGISITCS, INC., VERISIGN, LLC, WLG, LLC<br><br>Defendants. | Cause No. 10-cv-01249-RSL<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT MICROLISE ENGINEERING LIMITED |

## **NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs ArrivalStar S.A. and Melvino Technologies Limited ("PLAINTIFFS") hereby dismiss, without prejudice, their claim against Defendant Microlise Engineering Limited in the above-captioned action.

VOLUNTARY DISMISSAL (MICROLISE) - 1

MANN LAW GROUP
1218 Third Avenue, Suite 1809
Seattle, WA 98101
TELEPHONE: 206.436.0900

1  Dated this 16th day of February, 2011.

2

3                                                                                   Respectfully submitted,

4

5                                                                                   */Philip P. Mann/*

6                                                                                   Philip P. Mann, WSBA No: 28860
                                                                                    MANN LAW GROUP
7                                                                                   Seattle Tower
                                                                                    1218 Third Avenue, Suite 1809
8                                                                                   Seattle, Washington  98101
                                                                                    (206) 436-0900
9                                                                                   Fax (866) 341-5140
10                                                                                  phil@mannlawgroup.com

11

12                                                                                  John Whitaker, WSBA No. 28868
                                                                                    WHITAKER LAW GROUP
13                                                                                  Seattle Tower
                                                                                    1218 Third Avenue, Suite 1809
14                                                                                  Seattle, Washington  98101
15                                                                                  (206) 436-8500
                                                                                    john@wlawgrp.com
16

17

18                                                                                  Attorneys for Plaintiffs

19

20

21

22

23

24

25

26

27

VOLUNTARY DISMISSAL                                                                 **MANN LAW GROUP**
(MICROLISE) - 2                                                                     1218 Third Avenue, Suite 1809
                                                                                    Seattle, WA  98101
                                                                                    TELEPHONE:  206.436.0900

**CERTIFICATE OF SERVICE**

I, Anne Smith, hereby certify that on February 17, 2011, I caused the foregoing **Notice of Voluntary Dismissal** to be served on all counsel who have appeared in this matter.

DATED: February 17, 2011

                     s/*Anne Smith*

                     Anne Smith

VOLUNTARY DISMISSAL
(MICROLISE) - 3

**MANN LAW GROUP**
1218 Third Avenue, Suite 1809
Seattle, WA  98101
TELEPHONE:  206.436.0900