UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ARRIVALSTAR S.A. and MELVINO TECHNOLOGIES LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>AGILITY LOGISTICS, INC., LOGISTICAL MANAGEMENT SOLUTIONS, LC., MATSON INTEGRATED LOGISTICS, INC,. MICROLISE ENGINEERING LIMITED, NEXXIO TECHNOLOGIES, LLC, TRAK-IT SOLUTIONS, INC., ULTRA LOGISITCS, INC., VERISIGN, LLC, WLG, LLC<br><br>Defendants. | Cause No. 10-cv-01249-RSL<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT NEXXIO TECHNOLOGIES, LLC. |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs ArrivalStar S.A. and Melvino Technologies Limited ("PLAINTIFFS") hereby dismiss, without prejudice, their claim against Defendant Nexxio Technologies, LLC in the above-captioned action.

VOLUNTARY DISMISSAL (NEXXIO) - 1

**MANN LAW GROUP**
1218 Third Avenue, Suite 1809
Seattle, WA 98101
TELEPHONE: 206.436.0900

1  Dated this 16th day of February, 2011.

2

3                                        Respectfully submitted,

4

5                                        */Philip P. Mann/*

6                                        Philip P. Mann, WSBA No: 28860

7                                        MANN LAW GROUP
Seattle Tower

8                                        1218 Third Avenue, Suite 1809
Seattle, Washington 98101

9                                        (206) 436-0900
Fax (866) 341-5140

10                                     phil@mannlawgroup.com

11

12                                      John Whitaker, WSBA No. 28868

13                                      WHITAKER LAW GROUP
Seattle Tower

14                                      1218 Third Avenue, Suite 1809
Seattle, Washington 98101

15                                      (206) 436-8500
john@wlawgrp.com

16

17

18                                    Attorneys for Plaintiffs

19

20

21

22

23

24

25

26

27

**CERTIFICATE OF SERVICE**

I, Anne Smith, hereby certify that on February 17, 2011, I caused the foregoing **Notice of Voluntary Dismissal** to be served on all counsel who have appeared in this matter.

DATED:  February 17, 2011

                                        s/*Anne Smith*

                                        Anne Smith