1

2

3
HONORABLE ROBERT S. LASNIK

4

5

6

7
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

8

9
ARRIVALSTAR S.A. and MELVINO
TECHNOLOGIES LIMITED,

10
Cause No. 10-cv-01249-RSL

11
Plaintiff,

12
v.

AGILITY LOGISTICS, INC., LOGISTICAL

13
MANAGEMENT SOLUTIONS, LC., MATSON
INTEGRATED LOGISTICS, INC,.

14
MICROLISE ENGINEERING LIMITED,
NEXXIO TECHNOLOGIES, LLC, TRAK-IT

15
SOLUTIONS, INC., ULTRA LOGISITCS,
INC., VERISIGN, LLC, WLG, LLC

16

17
Defendants.

ORDER GRANTING
PLAINTIFF'S MOTION FOR
DEFAULT AGAINST
DEFENDANT WLG, LLC

18

19
This Court having considered Plaintiff ArrivalStar S.A.'s Motion for Default Against

20
Defendant WLG, LLC, and having considered the pleadings submitted in support and in

21
opposition thereto,

22
NOW, THEREFORE, it is ordered that Plaintiff ArrivalStar's Motion for Default

23
Against Defendant WLG, LLC IS GRANTED, and default is entered against Defendant

24
WLG, LLC.

25

26
DONE IN OPEN COURT this 25th day of February, 2011.

27

PROPOSED ORDER OF DEFAULT - 1

**MANN LAW GROUP**
1218 Third Avenue, Suite 1809
Seattle, WA  98101 TELEPHONE:
206.436.0900

<u>William M. McCool</u>
UNITED STATES DISTRICT COURT CLERK

By: <u>/s/Kerry Simonds</u>
Deputy Clerk

Presented by:

Philip P. Mann
Attorney's for ArrivalStar S.A.
and Melvino Technologies Limited


By *<u>/s/ Philip P. Mann</u>*
Philip P. Mann, WSBA #28860
1218 Third Avenue
Suite 1809
Seattle, WA 98101
Telephone: (206) 436-0900
phil@mannlawgroup.com

PROPOSED ORDER OF DEFAULT - 2

**MANN LAW GROUP**
1218 Third Avenue, Suite 1809
Seattle, WA  98101 TELEPHONE:
206.436.0900